IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Donley, Roosevelt

Printed: 4/8/08

Case Number: 05 B 16428
Judge: Hollis, Pamela S
Filed: 4/26/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 25, 2008
Confirmed: July 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 46,126.64 |  |
| Secured: |  | 42,038.32 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,799.20 |
| Trustee Fee: |  | 2,289.12 |
| Other Funds: |  | 0.00 |
| Totals: | 46,126.64 | 46,126.64 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,799.20 | 1,799.20 |
| 2. | Citicorp Trust Bank,FSB | Secured | 17,864.01 | 15,950.01 |
| 3. | U S Small Business Administration | Secured | 1,754.59 | 1,437.23 |
| 4. | Citicorp Trust Bank,FSB | Secured | 23,387.43 | 19,537.35 |
| 5. | City Of Chicago | Secured | 241.70 | 197.95 |
| 6. | Corey Steel Co | Secured | 6,000.81 | 4,915.78 |
| 7. | T Mobile USA | Unsecured | 23.32 | 0.00 |
| 8. | B-Line LLC | Unsecured | 93.31 | 0.00 |
| 9. | Corey Steel Co | Unsecured | 517.50 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 109.05 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 1,468.31 | 0.00 |
| 12. | Internal Revenue Service | Priority |  | No Claim Filed |
| 13. | Andina & Irabagon | Unsecured |  | No Claim Filed |
| 14. | ACMC Physicians Services | Unsecured |  | No Claim Filed |
| 15. | Southwest Radiological Assoc | Unsecured |  | No Claim Filed |
| 16. | Mid America Cardiovascular | Unsecured |  | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 18. | Anita John MD PC | Unsecured |  | No Claim Filed |
| 19. | Jr Nephpology Inc | Unsecured |  | No Claim Filed |
| 20. | Holy Cross Hospital | Unsecured |  | No Claim Filed |
| 21. | Oak Lawn Radiologists SC | Unsecured |  | No Claim Filed |
| 22. | Retina Vitreous Assoc | Unsecured |  | No Claim Filed |
| 23. | Pulmonary Medical | Unsecured |  | No Claim Filed |
| 24. | Midwest Diangnostic | Unsecured |  | No Claim Filed |
| 25. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Donley, Roosevelt

Printed: 4/8/08

Case Number: 05 B 16428
Judge: Hollis, Pamela S
Filed: 4/26/05

_____          _____
$ 53,259.23         $ 43,837.52

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 163.10 |
| 5.5% | 784.10 |
| 5% | 267.63 |
| 4.8% | 512.64 |
| 5.4% | 561.65 |

_____
$ 2,289.12

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

